

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-WR-70,035-09

### EX PARTE MICHAEL TERRY BRUGMANN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 10,451I IN THE 21ST DISTRICT COURT
### FROM BASTROP COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of murder and sentenced to 45 years' imprisonment. The Third Court of Appeals affirmed his conviction. *Brugmann v. State,* No. 03-03-00371-CR (Tex. App.–Austin Feb. 20, 2004). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

We have previously dismissed five subsequent applications in this cause. *See* TEX. CODE CRIM. PROC. art. 11.07, § 4. It is obvious from the record that Applicant continues to raise grounds that were previously rejected on the merits or that should have been raised in previous applications.

We hold that Applicant has abused the writ and filed a frivolous lawsuit. *See Ex parte Jones*, 97 S.W.3d 586 (Tex. Crim. App. 2003); TEX. GOV'T CODE § 498.0045(a-1). Should Applicant file future habeas applications in this cause, we will not consider the merits of his applications unless he shows that the factual or legal basis of his grounds was unavailable in a previously filed application. This application is dismissed.

Copies of this order shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Filed: September 16, 2020
Do not publish